UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY JOSEPH BETHANY, JR., | Case No. 1:25-cv-00780-EPG (PC) |
| Plaintiff, | |
| v. | ORDER DENYING PLAINTIFF'S MOTION TO APPOINT PRO BONO COUNSEL |
| BRIAN K. CATES, *et al.*, | (ECF No. 9) |
| Defendants. | |

Plaintiff Gregory Joseph Bethany, Jr. is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil action filed pursuant to 42 U.S.C. § 1983.

On February 6, 2026, Plaintiff filed motion to appoint pro bono counsel. (ECF No. 9). Plaintiff asks the Court to appoint him "a civil attorney to help, if possible." (*Id.*).

Plaintiff does not have a constitutional right to appointed counsel in this action, *Rand v. Rowland*, 113 F.3d 1520, 1525 (9th Cir. 1997), *withdrawn in part on other grounds*, 154 F.3d 952 (9th Cir. 1998), and the Court cannot require an attorney to represent Plaintiff pursuant to 28 U.S.C. § 1915(e)(1). *Mallard v. United States District Court for the Southern District of Iowa*, 490 U.S. 296, 298 (1989). However, in certain exceptional circumstances the Court may request the voluntary assistance of counsel pursuant to section 1915(e)(1). *Rand*, 113 F.3d at 1525.

Without a reasonable method of securing and compensating counsel, the Court will seek volunteer counsel only in the most serious and exceptional cases. In determining whether "exceptional circumstances exist, a district court must evaluate both the likelihood of success of

the merits [and] the ability of the [plaintiff] to articulate his claims *pro se* in light of the complexity of the legal issues involved." *Id.* (citation and internal quotation marks omitted).

The Court will not order appointment of pro bono counsel at this time. The Court has reviewed the record in this case and, at this time, is unable to determine that Plaintiff is likely to succeed on the merits of his claims. Moreover, it appears that Plaintiff can adequately articulate his claims.

Accordingly, IT IS ORDERED that Plaintiff's motion to appoint pro bono counsel is DENIED without prejudice. (ECF No. 9).

IT IS SO ORDERED.

Dated:   **February 11, 2026**          /s/ *Erica P. Grosjean*
                                         UNITED STATES MAGISTRATE JUDGE

2