# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY JOSEPH BETHANY, JR.,<br><br>          Plaintiff,<br><br>     v.<br><br>CATES, et al.,<br><br>          Defendants. | Case No. 1:25-cv-00780 KES EPG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS THAT THIS ACTION BE DISMISSED, WITHOUT PREJUDICE, FOR FAILURE TO STATE A CLAIM, FAILURE TO PROSECUTE, AND FAILURE TO COMPLY WITH A COURT ORDER<br><br>Doc. 15 |

Gregory Bethany Jr. seeks to hold the defendants liable for violations of his civil rights while in custody at California Correctional Institution (CCI).  Doc. 1. On December 1, 2025, the magistrate judge screened the complaint and concluded that Plaintiff failed to state a cognizable claim.  Doc. 6.  The Court gave Plaintiff thirty days to file a first amended complaint or to notify the Court that he wanted to stand on his complaint.  *Id.* at 7-8. The Court warned Plaintiff that "[f]ailure to comply with this order may result in the dismissal of this action." *Id.* at 8.

On January 5, 2026, Plaintiff filed a motion for extension of time to respond to the screening order.  Doc. 7.  The Court granted an extension of thirty days and again warned that failure to respond to the screening order "may result in dismissal of the case."  Doc. 8.  On February 6, 2026, Plaintiff filed a second motion for extension of time.  Doc. 9. The Court granted a second extension of time, warning that "[i]f Plaintiff fails to file a First Amended

1

Complaint or notify the Court that Plaintiff wants to stand on his Complaint no later than March 13, 2026, the Court will issue findings and recommendations that this case be dismissed for the reasons set forth in the Screening Order." Doc. 10 (emphasis omitted).

Despite the Court's final warning, Plaintiff filed a third motion for extension. Doc. 12. In considering this third motion, the magistrate judge noted that Plaintiff's reasons for the extension were the same reasons from his first and second requests and the Court warned that the second extension "will be the final extension to respond to the Screening Order." Doc. 10, 13. Therefore, the Court denied Plaintiff's third motion for extension of time. Doc. 13.

On March 31, 2026, the magistrate judge issued findings and recommendations incorporating the findings of the Screening Order and recommending the action be dismissed without prejudice for failure to state a claim, failure to prosecute, and failure to comply with a court order. Doc. 15 at 10. The Court served the findings and recommendations on Plaintiff and granted thirty days to file any objections. *Id.* The Court informed Plaintiff that a failure to file timely objections may result in the waiver of rights on appeal. *Id.* at 11 (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014)). Plaintiff did not file objections.

Consistent with 28 U.S.C. § 636(b)(1), this Court reviewed this matter de novo. Having carefully reviewed the matter, the Court concludes the findings and recommendations are supported by the record and proper analysis. The Court ORDERS:

1. The findings and recommendations issued March 31, 2026, Doc. 15, are ADOPTED in full.

2. This action is DISMISSED, without prejudice, for failure to state a claim, failure to prosecute, and failure to comply with a court order.

3. The Clerk of Court is directed to close this case.

DATE: June 1, 2026

_____
UNITED STATES DISTRICT JUDGE

2